DAVID B. BARLOW, United States Attorney, (#13117)
DON BROWN, Special Assistant United States Attorney (#0464)
348 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 524-3083
Facsimile: (801) 524-4366



## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BEATRIZ PRADO,<br><br>    Defendant. | **INDICTMENT**<br><br>VIO: 21 U.S.C. §841(a),<br>Possession with Intent to<br>Distribute Methamphetamine,<br>Possession with Intent to<br>Distribute Heroin |

Case: 2:11-cr-00892
Assigned To : Campbell, Tena
Assign. Date : 10/26/2011
Description: USA v.

The Grand Jury charges:

### COUNT I

On or about October 17, 2011, in the Central Division of the District of Utah,

### BEATRIZ PRADO,

the defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) or more grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; all in violation of 21 U.S.C. §841(a)(1) and punishable by 21 U.S.C. § 841(b)(1)(A).

## COUNT II

On or about October 17, 2011, in the Central Division of the District of Utah,

BEATRIZ PRADO,

the defendant herein, did knowingly and intentionally possess with intent to distribute one hundred (100) or more grams of a mixture or substance containing a detectable amount of heroin, a Schedule II controlled substance; all in violation of 21 U.S.C. §841(a)(1) and punishable by 21 U.S.C. § 841(b)(1)(B).

TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

DON BROWN
Special Assistant United States Attorney